Copy Mailed by Chambers to Pro Se Plaintiff of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAFVORNE LEVI BARNETT,

                **Plaintiff,**

*- against –*

SERGEANT P. DIAZ, et al.,

                **Defendants.**

19 CV 415 (NSR) (LMS)

ORDER

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

In light of current restrictions on entry into the courthouse, the initial conference in this case will be held by telephone. To do so, the Court needs to communicate with Plaintiff by telephone. Plaintiff is therefore ORDERED to provide a phone number where he can be reached for such a conference. If Plaintiff's access to that number has restrictions, Plaintiff should notify the Court of such restrictions. Any information sent on this issue should be sent to the Court at United States District Court, 300 Quarropas Street, White Plains, New York, 10601, to the attention of Marissa Embola, and a copy must be sent to Defendants' counsel at the New York State Office of the Attorney General, 28 Liberty Street, New York, New York, 10005, to the attention of Jonathan Wilson. The conference set for Wednesday, March 25, 2020, at 10:45 a.m. is postponed until the Court receives a phone number for Plaintiff.

Dated: March 11, 2020
      White Plains, New York

**SO ORDERED,**

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] Judge Nelson S. Román referred this matter to the undersigned on Feb. 25, 2020. ECF No.119.