UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAFVORNE LEVI BARNETT,

                **Plaintiff,**

    *- against –*                               19 CV 415 (NSR) (LMS)

SERGEANT P. DIAZ, et al.,                      **ORDER**

                **Defendants.**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

    The Court is in receipt of several letters from pro se Plaintiff addressed to the undersigned. The letters do not clearly indicate whether Plaintiff has also sent a copy of these letters to Defendants' counsel. The Court reminds Plaintiff, and HEREBY ORDERS, that any communication with the Court must be addressed (i.e. the envelope should be addressed) to the Clerk of Court's Pro Se Intake Office, so that it may be properly processed for docketing. Furthermore, all communications with the Court MUST also be sent to Defendants' counsel, and Plaintiff should clearly indicate in its letter to whom Plaintiff has sent copies. The Court will address the requests presented in Plaintiff's letters by separate order as necessary.

Dated: April 21, 2020
       White Plains, New York         **SO ORDERED,**

                                                          Lisa Margaret Smith
                                                          United States Magistrate Judge
                                                          Southern District of New York

---

[1] Judge Nelson S. Román referred this matter to the undersigned on Feb. 25, 2020.  ECF No.119.