UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LAFVORNE LEVI BARNETT,

                Plaintiff,

    - against -

SERGEANT PEDRO DIAZ, et al.,

               Defendants.
-------------------------------------------------------------- X

19 Civ. 00415 (NSR)(LMS)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Lafvorne Levi Barnett, DIN # 17A1768, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a correctional facility maintained by the New York State Department of Corrections and Community Supervision, upon notice to Plaintiff and the Superintendent of the correctional facility. Notice is a minimum of ten (10) days.

Dated:  White Plains, New York
         September 29, 2020

SO ORDERED.

*[signature]*

United States Magistrate Judge