

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**DIRECT DIAL: (212) 416-6696**

March 30, 2021

**BY Email and ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Defts' request to adjourn the Pretrial TeleConf. from Apr. 7, 2021 until Apr. 28, 2021 at 2:00 pm is granted. It is the responsibility of counsel for Defts to make prior arrangements with the appropriate facility to have the Pltf. participate via telephone. Clerk of Court requested to mail a copy of this endorsement to Pltf. at the address on ECF, show service on the docket and terminate the motion (doc. 209). Dated: March 31, 2021
>
> SO ORDERED:
> /s/ Nelson S. Román
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: <u>Barnett v. Diaz, et al.</u>, 19 Civ. 00415 (NSR)

Dear Judge Román:

    This Office represents Defendants Diaz, Bonnell, Prescott, Daddezio, Williams and Favre in this matter. I write to respectfully request an adjournment of the Pretrial Conference scheduled for April 7, 2021 to April 28, 2021 or later. The undersigned will be leaving the Office of the Attorney General, effective April 2, 2021, and will be withdrawing from this matter on or before that date. Therefore, the undersigned respectfully requests this extension to allow sufficient time for a new attorney from this Office to appear in this matter, evaluate the case and decide what issues to raise or address at the Pretrial Conference. This extension request will also allow sufficient time for the new attorney to make arrangements with the Plaintiff's facility for his participation in the Conference.

    This is Defendants' first request for an adjournment of the Pretrial Conference. Defendants' counsel was unable to contact Plaintiff for his consent prior to submitting this request due to his incarcerated status and the challenges of communicating with him through facility personnel at this time.

Respectfully submitted,

*/s Jonathan Wilson*
Jonathan Wilson
Assistant Attorney General

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2021

28 LIBERTY ST., NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Honorable Nelson S. Román          Page 2
March 30, 2021

cc:     Lafvorne Levi Barnett
        *Plaintiff Pro Se*
        DIN # 17A1768
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY 10562
        *By First Class Mail*