UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Barnett,

                              Plaintiff,                    **ORDER**

            -against-                                       19 Civ. 415 (NSR) (AEK)

Diaz et al.,

                              Defendants.
------------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On April 28, 2021, Judge Román directed the parties to contact the Court for the purpose

of discussing the status of discovery and the potential need to re-open discovery.  *See* Minute

Entry, 4/28/2021.  To date, the parties have not done so.  The parties are therefore directed to

submit a joint status letter to the Court by **Tuesday, June 22, 2021.**

Dated: June 15, 2021
            White Plains, New York

                              **SO ORDERED.**

                              ANDREW E. KRAUSE
                              United States Magistrate Judge