LAW OFFICES OF PAMELA S. ROTH, ESQ., P.C. 

ⱡAlso admitted Colorado           2747 CONEY ISLAND AVENUE
                                  BROOKLYN, NEW YORK 11235
Telephone: (888) 466-4884 Fax: (212) 253-4220           Email: PROTH@ROTHLAWNY.COM

December 16, 2021

**BY ECF**

Hon. Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/16/2021 |

MEMO ENDORSED

Re: ***Barnett v. Diaz et al. 19-CV-00415 (NSR)(AEK)***

Dear Hon. Nelson S. Román:

    I am the attorney that was retained to represent plaintiff Lafvorne Barnett in the above referenced matter. I respectfully submit this letter in request of a further and last request for a brief extension of time to submit my opposition to defense counsel's Motion for Summary Judgment served on Plaintiff on September 16, 2021.  This Court did grant me an extension of time for my opposition to be served upon Mr. Doran on November 22, 2021. I know this request is late as the date has passed, however, I do intend to serve opposition on behalf of Mr. Barnett.

    As a courtesy to this Court and for an explanation, I have been experiencing professional hardship as I am in the process of finding counsel to take over my cases as I am closing my law office for a period of at least 18 months to two years in a suspension based upon a matter with the Grievance Committee.  I want to be submit my Opposition on Mr. Barnett's behalf and not have this Summary Judgment Motion granted unopposed, to prejudice Mr. Barnett.  As I am awaiting the final decision about the period of suspension, I will be transferring my cases to colleagues and I am working on those details.

    I respectfully request until December 30, 2021 in which to prepare and serve Plaintiff's opposition to the Motion for Summary Judgment.

I need to meet with Mr. Barnett, who remains incarcerated at Rockland County Correctional Facility. The extension of time will be also apply to an extension of time of three (3) weeks for Mr. Doran to prepare and serve a reply to my opposition and serve the entire Motion papers to this Court. I spoke with Mr. Doran yesterday about this matter.

Thank you for your consideration herein.

Respectfully submitted,

__/s/ PAMELA S. ROTH_____
Pamela S. Roth (PR7124)

cc:
John R. Doran, Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street, 16th Floor
New York, New York 10005
(212) 416-8591

Lafvorne Barnett (currently incarcerated)
Rockland County Correctional Facility
Inmate Number 129687
51 New Hempstead Road
New City, New York 10956

The Court has reviewed Defendants' letter dated December 15, 2021 and Plaintiff's letter dated December 16, 2021. Both parties' requests for extensions are granted. Plaintiff is directed to serve (not file) his opposition on or by December 30, 2021. Defendants are directed to serve their reply on or by January 14, 2022.
The Clerk of Court is directed to terminate the motions at 230 and 231.

Dated December 16, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge