**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LAFVORNE LEVI BARNETT,

                Plaintiff,

      -against-                                      19 **CIVIL** 415 (NSR)

                                                    **JUDGMENT**

SERGEANT PEDRO DIAZ, et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated June 2, 2022, Defendants' motion for summary

judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       June 3, 2022

                                     **RUBY J. KRAJICK**

                                    _____
                                       **Clerk of Court**
             **BY:**             K. mango
                                      _____
                                        **Deputy Clerk**